UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL ROBERTS,<br>　　　　Plaintiff,<br>　　v.<br>UNITED FOOD & COMMERCIAL WORKERS LOCAL 648,<br>　　　　Defendant. | Case No. 19-cv-03320-PJH<br><br>**JUDGMENT** |

The issues having been duly heard and the court having granted defendant's motion for summary judgment,

　　it is Ordered and Adjudged

　　that judgment is hereby entered in favor of defendant and against plaintiff.

**IT IS SO ORDERED.**

Dated: December 20, 2019

　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　United States District Judge